**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Ricardo Gray,** | ) | **CASE NO.1:06CV1308** |
| | ) | |
| **Petitioner,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Stuart Hudson,** | ) | **JUDGMENT** |
| | ) | |
| **Respondent.** | ) | |

**CHRISTOPHER A. BOYKO, J**:

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Opinion and Order filed contemporaneously, Petitioner's Petition is denied. The Court finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915 (a)(3). Since Petitioner has not made a substantial showing of a denial of a Constitutional right directly related to his conviction or custody, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253 (c)(2); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

May 6, 2008                           S/Christopher A. Boyko
Date                                    CHRISTOPHER A. BOYKO
                                       United States District Judge